No. 807. GINZBURG ET AL. *v.* UNITED STATES. C. A. 3d Cir. Motion of Lillian Maxine Serett for leave to file brief, as *amicus curiae,* granted. Certiorari granted. *David I. Shapiro* and *Sidney Dickstein* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Marshall Tamor Golding* for the United States. *Melvin L. Wulf* for the American Civil Liberties Union et al.; *Edward de Grazia* for Boyle et al.; *Irwin Karp* for the Authors League of America, Inc.; and *Stanley Fleishman* and *Sam Rosenwein* for Serett, as *amici curiae,* in support of the petition.

No. 829. ROWE *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Penrose Lucas Albright* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas* and *Alan S. Rosenthal* for the United States. Reported below: —— Ct. Cl. ——.

No. 859. FRAZELL ET UX. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *W. Scott Wilkinson* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Harry Baum* for the United States.

No. 872. ALLEN, ADMINISTRATRIX *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Martin J. Jarvis* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas, Alan S. Rosenthal* and *Richard S. Salzman* for the United States.

No. 894. HARTGRAVES *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. *Julius Lucius Echeles* for petitioner. *Daniel P. Ward* and *Elmer C. Kissane* for respondent.